```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
METRO-GEM LEASING & FUNDING
CORP.,
                                                                    PARTIAL JUDGMENT (Corrected)
                    Plaintiff,                                      CV 16-5245 (SJF)(AYS)

         - against -
                                                                    FILED
                                                                    CLERK
MACKY DANCY; TYRONE HILL; DANCY
AUTO GROUP LLC; KASSEM [sic] DEAN;                                  6/21/2017 5:04 pm
KASSEM [sic] DEAN, a/k/a SWIZZ BEATZ;
SWIZZ BEATZ PRODUCTIONS, INC.; AK                                   U.S. DISTRICT COURT
WORLDWIDE PRODUCTIONS, INC.; JOHN                                   EASTERN DISTRICT OF NEW YORK
WILLIAMS, III; GREAT NECK AUTO                                      LONG ISLAND OFFICE
SALES, LLC; and JOHN DOES #1-10O,

                    Defendants.
------------------------------------------------------------X
```

      An Opinion and Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on June 19, 2017; granting defendants Kassem [sic] Dean, Kassem [sic] Dean *a/ka* Swizz Beatz, and Swizz Beatz Productions, Inc.'s, and defendant AK Worldwide Productions, Inc.'s motions pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss plaintiff's claims against them; dismissing plaintiff's claims against defendants Kassem [sic] Dean, Kassem [sic] Dean *a/ka* Swizz Beatz, and Swizz Beatz Productions, Inc., and AK Worldwide Productions, Inc., in their entirety with prejudice for failure to state a claim for relief; and directing the Clerk of Court to enter final judgment in favor of defendants Kassem [sic] Dean, Kassem [sic] Dean *a/ka* Swizz Beatz, Swizz Beatz Productions, Inc., and AK Worldwide Productions, Inc., on all of plaintiff's claims against them and to terminate them from this case, it is

      **ORDERED AND ADJUDGED** that plaintiff Metro-Gem Leasing & Funding Corp. take nothing of defendants Kassem [sic] Dean, Kassem [sic] Dean *a/ka* Swizz Beatz, Swizz Beatz Productions, Inc., and AK Worldwide Productions, Inc.; that defendants Kassem [sic] Dean, Kassem [sic] Dean *a/ka* Swizz Beatz, and Swizz Beatz Productions, Inc.'s, and defendant AK Worldwide Productions, Inc.'s motions pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss plaintiff's claims against them are granted; that plaintiff's claims

against defendants Kassem [sic] Dean, Kassem [sic] Dean *a/ka* Swizz Beatz, Swizz Beatz Productions, Inc., and AK Worldwide Productions, Inc., are dismissed in their entirety with prejudice; and that defendants Kassem [sic] Dean, Kassem [sic] Dean *a/ka* Swizz Beatz, Swizz Beatz Productions, Inc., and AK Worldwide Productions, Inc., are terminated from this case.

Dated: Central Islip, New York
June 21, 2017

DOUGLAS C. PALMER
CLERK OF THE COURT

By: /s/ James J. Toritto
Deputy Clerk