# United States District Court
for the
Eastern District of New York

X------------------------------------------------------------X
METRO-GEM LEASING & FUNDING CORP.

                           Plaintiff,

   -against-                                      **NOTICE FOR APPLICATION FOR DEFAULT JUDGMENT**

MACKY DANCY, TYRONE HILL, DANCY       Civil Action No. **2:16-cv-05245** (SJF)
AUTO GROUP LLC., DANCY AUTO GROUP
OF GREAT NECK LLC, KASSEM DEAN,
KASSEM DEAN a/k/a SWIZZ BEATZ, SWIZZ
BEATZ PRODUCTIONS, INC. , AK
WORLDWIDE PRODUCTIONS, INC., JOHN
WILLIAMS III, GREAT NECK AUTO SALES,
LLC and JOHN DOES #1-10

                          Defendants.
X------------------------------------------------------------X

To: MACKY DANCY, TYRONE HILL, DANCY AUTO GROUP OF GREAT NECK LLC, JOHN WILLIAMS III and GREAT NECK AUTO SALES, LLC:

      PLEASE TAKE NOTICE that on the annexed Declaration of Paul Solda, Esq., dated February 9, 2018, and on the complaint herein and on all papers and proceedings had, an application will be made at the United States Courthouse, EDNY (Islip) on April 26, 2018, 11:15 AM, (Courtroom #1010, Hon. Sandra Feuerstein) or as soon thereafter as counsel can be heard, for an assessment of damages on the cause(s) of action set out in the complaint, and for judgment as demanded in said complaint, and for such other and further judgment, order and relief as the Court may deem just and proper.

Dated: April 6, 2018

                                                               By: *Paul J. Solda*
                                                                   PAUL J. SOLDA, ESQ. (PS0557)
                                                                   (Attorney for Plaintiff)

Empire State Building  
350 Fifth Avenue, 68th Floor  
New York, New York 10118  
212.967.3393

<u>Copies to:</u>

Christopher Cassar, P.C.
(Attorney for Defendant MACKY DANCY,
DANCY AUTO GROUP OF GREAT NECK LLC)
13 East Carver Street
Huntington Village, New York 11743
[via mail/email: cjcassar@cassarlaw.com]

TYRONE HILL
72 Ridge Drive,
Westbury, NY 11590

JOHN WILLIAMS III
320 Cedar Park Boulevard,
Easton , Pennsylvania 18042]

GREAT NECK AUTO SALES, LLC
105 Northern Blvd.,
Great Neck, NY 11021