FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 10 2018 ★

LONG ISLAND OFFICE

United States District Court
for the
Eastern District of New York

X-----------------------------------------------------------X
METRO-GEM LEASING & FUNDING CORP.

                          Plaintiff,

  -against-                                     **JUDGMENT**

MACKY DANCY, TYRONE HILL, DANCY        Civil Action No. 2:16-cv-05245
AUTO GROUP LLC., DANCY AUTO GROUP
OF GREAT NECK LLC, KASSEM DEAN,
KASSEM DEAN a/k/a SWIZZ BEATZ, SWIZZ
BEATZ PRODUCTIONS, INC. , AK
WORLDWIDE PRODUCTIONS, INC., JOHN
WILLIAMS III, GREAT NECK AUTO SALES,
LLC and JOHN DOES #1-10

                        Defendants.
X-----------------------------------------------------------X

     This matter has come before the Court on Plaintiffs application for entry of a default judgment against Defendant MACKY DANCY.

     The action was commenced pursuant to personal service of a summons and verified complaint on Defendant on October 7, 2016, as required by law. Defendant defaulted having not answered said complaint. The summons was noted as returned executed by plaintiff with an answer due on October 28, 2016. It appears that defendant is not an infant or incompetent and is not presently in the military service of the United States.

     It further appears that certificates of default were issued by the Clerk of the Court on April 24, 2017, and that no proceedings have been taken by defendants since entry of default. Following an inquest in open court on March 22, 2018 and on motion of plaintiff for default judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure:

     It appears from the within papers that the plaintiff is entitled to judgment.

Accordingly, after having considered the arguments and evidence submitted by the Plaintiff on damages, the Court finds as follows:

Defendant did not appear or otherwise defend this action as required by law and,

Certificates of default were issued by the Clerk of the Court on April 24, 2017 and no proceedings have been taken by defendant since entry of default and,

Defendant is not a minor, nor an incompetent, nor a member of the military service of the United States.

THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that plaintiff recover from defendant MACKY DANCY, whose address is 75 Brentwood Lane, Valley Stream, NY 11581, the sum of $2,095,358.10[1] together with attorneys fees in the sum of $25,497.50 - with interest thereon at the rate of 9% percent per annum from October 7, 2016 until paid, ~~together with costs in the sum of $         ~~ .

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Plaintiff have execution thereon; and it is further,

ORDERED, ADJUDGED and DECREED that Plaintiff may enforce this Judgment against Defendant as permitted by law

IT IS SO ORDERED this 10th day of ~~March~~ May, 2018

s/ Sandra J. Feuerstein
Hon. Sandra J. Feuerstein,
United States District Judge

---

[1] The damage sum of $698,452.71 is trebled pursuant to 18 U.S.C. §§1961 and 1964